FILED

08/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0336

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0336

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JOSEPH DEAN PAULEY,

      Defendant and Appellant

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until September 25, 2023, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 17 2023